PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Superseding Indictment / Information ☐ Charges/Counts Added

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA
EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Jared L. Hasten
☐ U.S. Atty ☐ Other U.S. Agency
Phone No. (202) 816-9269

Name of Asst. U.S. Attorney (if assigned): _____

CASE NO. 19-197 SECT. MAG. 4

USA vs.
Defendant: KHALID AHMED SATARY

Address: _____

☐ Interpreter Required   Dialect: _____

Birth Date: 1972
☑ Male  ☐ Female
☐ Alien (if applicable)

Social Security Number: XXX-XX-6279

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation, SA Ronald Rushneck

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

MAG. JUDGE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

Place of offense: Orleans Parish  County

**DEFENDANT**

Issue: ☑ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody / ICE
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 6 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | Title 18, U.S.C., Section 1349 | Conspiracy to Commit Health Care Fraud and Wire Fraud | 1 |
| 4 | Title 18, U.S.C., Section 1347 | Health Care Fraud | 2 - 4 |
| 4 | Title 18, U.S.C., Section 371 | Conspiracy to Defraud the United States and to Pay and Receive Illegal Health Care Kickbacks and Bribes | 5 |
| 4 | Title 18, U.S.C., Section 1956(h) | Conspiracy to Launder Monetary Instruments | 6 |