19-197

SECT.☐MAG.4

# TO:  DOCKET CLERK

# __MAGISTRATE CASE NUMBER

# OR

# X  NO MAGISTRATE PAPERS WERE FOUND

# for

# NAME:  KHALID AHMED SATARY

**Initials:** CMS

If you receive this note without any initials,

please return the entire packet to criminal desk .

Thank you