UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 19-197** |
| **v.** | * | **SECTION: "D"** |
| **KHALID AHMED SATARY** | * | |

* * *

## SUPPLEMENT TO UNITED STATES' MOTION FOR REVIEW AND REVOCATION OF A RELEASE ORDER

**NOW INTO COURT**, through the undersigned Trial Attorney, comes the United States of America, who respectfully submits this supplement to its Motion to Review and Revoke the Order releasing KHALID AHMED SATARY ("Motion") issued by the Honorable Karen Wells Roby, Chief United States Magistrate Judge, Eastern District of Louisiana (CM/ECF No. 22, hereinafter the "Motion"), and states as follows:

1. On Saturday, October 5, 2019, counsel for defendant contacted lead counsel for the government, Timothy Loper, asking whether the government opposed continuing the hearing currently scheduled for Monday, October 7, 2019 at 1 p.m. on the Motion to Tuesday, October 8, 2019. The government has no objection to the requested continuance. However, Mr. Loper and the case agent both reside outside New Orleans, Louisiana. In light of this request for a continuance, Mr. Loper advised defense counsel that to conserve government resources and time, the government was going to reschedule its travel to arrive in New Orleans on Monday night, rather than Sunday night. In the event that this Honorable Court declines or is unable to grant the continuance, the government respectfully requests permission for Mr. Loper to appear at the

Monday hearing telephonically. Co-counsel for the government, Jared Hasten, is available to appear in court in person on Monday on behalf of the government.

2. Furthermore, in its Motion, the government mistakenly placed footnote 1 in paragraph 15(a), which discussed the Souq Markets accounts at Veritex Bank. That footnote should have been placed in paragraph 15. It is the account in the name of SATARY's spouse (which received over $25 million) that has a balance of approximately $546,000, not the Souq Markets accounts at Veritex Bank, which were closed on September 10, 2019.

3. Moreover, in its Motion, the government requested that if this Court declines to detain SATARY, that in the alternative, the Court impose a $1 million, 10% bond with other conditions. To be clear, the government does not believe that this would be an adequate bond to secure SATARY's future appearances as required. Indeed, SATARY himself offered a much more stringent bond in his original motion for bond (*see* CM/ECF No. 14 (offering almost $3 million pledged by third-parties in support of a bond)).

4. The government simply offered that bond as an example of a bond that could be fashioned that is more rigorous than the personal recognizance bond SATARY was given. If this Court were to decline to detain SATARY, the government asks that this Court impose a bond that it believes will assure SATARY's appearance as required, and respectfully submits that the bond identified in its Motion is the *bare minimum* bond from which this Court should begin its deliberation.

WHEREFORE, for the reasons contained in the Motion and herein, the Government hereby seeks review and revocation of the release order issued by the Honorable Karen Wells Roby, Chief United States Magistrate Judge, Eastern District of Louisiana, pursuant to 18 U.S.C. § 3145(a).

Dated: October 6, 2019

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY

By: /s/ Jared L. Hasten
JARED L. HASTEN
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Tel: (504) 680-3000

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2019 I filed the foregoing using the Court's CM/ECF system, which will provide a copy on counsel of record by electronic mail.

/s/ Jared Hasten
Jared L. Hasten
Trial Attorney
United States Department of Justice