# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> v.  ) <br> ) <br> KHALID AHMED SATARY, ) <br> ) | No. 2:19-cr-00197-WBV-KWR |

## ORDER

Considering Defendant's Unopposed Motion to Travel (R. Doc. 33),

IT IS HEREBY ORDERED that the Motion is GRANTED and the Defendant is allowed to travel, with Attorney Arthur W. Leach, from Atlanta, Georgia to Oklahoma City, Oklahoma on November 4, 2019; from Oklahoma City to New Orleans, Louisiana on November 5, 2019; and return to Atlanta from New Orleans on November 7, 2019.

SO ORDERED, this 4th day of November, 2019.

_Wendy B. Vitter_
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE