IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> v. <br><br> KHALID AHMED SATARY, | ) ) ) ) ) ) ) ) ) No. 2:19-cr-00197-WBV-KWR |

**ORDER**

The Defendant's Unopposed Motion to Amend Bond Conditions (R. Doc. 38) having been read and considered by the Court, and noting that the Government does not oppose the Motion:

IT IS HEREBY ORDERED that the Motion is GRANTED, and Defendant's bond conditions are amended as follows:

Defendant may fly or drive to New Orleans, Louisiana and/or its surrounding areas, so long as Defendant notifies probation of his intended departures and returns and checks in with probation while traveling as directed by his Atlanta Pre-Trial Services Officer.

Defendant may fly or drive to Houston, Texas and/or its surrounding areas, so long as Defendant notifies probation of his intended departures and returns and checks in with probation while traveling as directed by his Atlanta Pre-Trial Services Officer.

SO ORDERED, this the 20th day of November, 2019.

*Wendy B. Vitter*
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE

PROPOSED BY:

<u>*/s/ Arthur W. Leach*</u>
Arthur W. Leach
Ga. Bar No. 442025
(admitted pro hac vice)
The Law Office of Arthur W. Leach
5780 Windward Parkway, Suite 225
Alpharetta, Georgia 30005
Telephone: (770) 851-6718
Art@ArthurWLeach.com
*Trial Attorney for Defendant*
*Khalid Ahmed Satary*