UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-197 |
| KHALID AHMED SATARY | SECTION D (4) |

### ORDER

Before the Court is the Motion to Enroll Additional Counsel of Record by the United States of America (R. Doc. 171).

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. **IT IS FURTHER ORDERED** that the name of Leslie S. Garthwaite be entered into the record of this Court as counsel for the United States of America in the above-entitled and numbered cause.

New Orleans, Louisiana, March 24, 2021.

_____
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE