UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-197 |
| KHALID AHMED SATARY | SECTION D (4) |

### ORDER

Considering the foregoing Motion to Enroll Counsel (R. Doc. 185).

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. **IT IS FURTHER ORDERED** that Steven S. Michaels be and is hereby enrolled as counsel for the United States of America for the limited purpose of representing the Filter Team in this matter.

New Orleans, Louisiana, August 23, 2021.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**