# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 19-197** |
| **KHALID AHMED SATARY** | **SECTION D (4)** |

### ORDER

Considering the foregoing Motion to Substitute Counsel (R. Doc. 211).

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. **IT IS FURTHER ORDERED** that Alexander Thor Pogozelski is substituted for Timothy J. Loper as counsel of record for the United States of America.

New Orleans, Louisiana, October 15, 2021.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**