UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 19-197** |
| v. | * | SECTION: "D" (4) |
| **KHALID AHMED SATARY** | * | |

\* \* \*

## GOVERNMENT'S MOTION AND INCORPORATED MEMORANDUM TO WITHDRAW JARED HASTEN AS COUNSEL OF RECORD

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Trial Attorney, and respectfully requests that Trial Attorney Jared Hasten be withdrawn as counsel of record in the above-captioned matter. The government further requests that Trial Attorney Justin Woodard be designated as lead counsel in the above-captioned matter.

WHEREFORE, the government prays that Jared Hasten be withdrawn as counsel of record and that Justin Woodard be designated as lead counsel of record.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY


*/s/ Justin Woodard*
JUSTIN WOODARD
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
Telephone: (202) 262-7868
Email: Justin.Woodard@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                */s/ Justin Woodard*
                                                JUSTIN WOODARD
                                                Trial Attorney