UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Criminal No. 2:19-CR-00197 |
| v. | ) | |
| | ) | Section "D" |
| | ) | Judge Wendy B. Vitter |
| KHALID AHMED SATARY, | ) | |
| | ) | Magistrate (4) |
| Defendant. | ) | Magistrate Judge Roby |

## GOVERNMENT'S WITNESS LIST

The United States of America, by and through undersigned counsel, identifies the following individuals that it may call as witnesses during the government's case-in-chief:

| | |
|---|---|
| John Agbi, M.D. | Mandy Harrington |
| Mark Allen | Brett Hirsch |
| Christian Arendt | Dixie Kidd, M.D. |
| Cathy Bagley, M.D. | Anthony Magliocco, M.D. |
| Dean Baker | Laurie McMillan |
| William Baus | Christopher Miano |
| Kenneth Bailynson | Michael Molz |
| Tarah Bergeron | Shareef Nahas |
| Dr. Gabriel Bien-Willner | Vinit Patel, M.D. |
| Rhett Bunce | Michael Petron |
| J. Foster Chapman, M.D. | Clifford Powell |
| Ashley Cowan | Joseph Ricciardi |
| James Crabb, M.D. | Stephen Quindoza |
| Sean Deegan | Vernon Sanders |
| James Egan | Jamie Simmons |
| Matthew Ellis, M.D. | Bill Siveter |
| Rick Epstein | Dino Soriano, M.D. |
| Carol Gagne | Jeff Tamulski |
| Raynold Gagne | Glenda Thurston |
| Emmanuel Garrett | Elijuah Watson |
| Donna Gill, M.D. | Special Agent Marcus Williams |
| Matthew Harringon | Special Agent Jordan Flores |

Dated: February 28, 2022

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY
EASTERN DISTRICT OF LOUISIANA

JOSEPH S. BEEMSTERBOER
ACTING CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

/s/ *Alexander Thor Pogozelski*
ALEXANDER THOR POGOZELSKI
TRIAL ATTORNEY
LESLIE S. GARTHWAITE
JUSTIN WOODARD
ASSISTANT CHIEFS
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005
Tel: (202) 510-2208 (Pogozelski)
*Counsel for the United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all known counsel of record.

                                                  */s/ Alexander Thor Pogozelski*
                                                  Trial Attorney