UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 19-197 |
| KHALID AHMED SATARY | SECTION: "D" |
| | VIOLATION: 18:1349, 18:1347, 18:2, 18:371, and 18:1956(h) |

### NOTICE OF TRIAL AND PRETRIAL CONFERENCE
(previously set on 5/2/22)

Take notice that this criminal case has been reset for **TRIAL** on **AUGUST 1, 2022, at 9:00 a.m.** before Judge Wendy B. Vitter, 500 Poydras Street, Courtroom C-352, New Orleans, LA 70130.  **A FINAL PRETRIAL CONFERENCE** will be held on **JULY 7, 2022, at 9:00 a.m.**

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  March 11, 2022

TO: KHALID SATARY- **(BOND)**

**Counsel for Defendant-**
Scott R. Grubman, Esquire-
sgrubman@cglawfirm.com

Amanda Clark-Palmer, Esquire-
aclark@gsllaw.com

Evan Bergeron, Esquire-
evan@winstonbergeron.com

Matthew Winchester, Esquire-
k.winchestercb@gmail.com

Samuel Winston, Esquire-
sam@winstonbergeron.com

**If you change address,
notify clerk of court
by phone, 504-589-7708**

CAROL L. MICHEL, CLERK
by:  Melissa Verdun, Deputy Clerk

AUSA: Justin Woodard, Alexander Pogozelski, Jerrob Duffy, John Kosmidis, Kathryn Furtado, Leslie Garthwaite and Steven Michaels

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

Interpreter: NONE

**FBI- SA Ronald Rushneck**