IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>　　　Plaintiff, | : <br> : <br> : <br> : <br> : <br> : <br> : | Criminal No. 2:19-cr-00197 <br><br> Section "D" <br> Judge Wendy B. Vitter <br><br> Magistrate (4) <br> Magistrate Judge Roby |
| vs. | | |
| KHALID AHMED SATARY,<br>　　　Defendant. | | |

**SUPPLEMENTAL NOTICE OF ANTICIPATED EXPERT WITNESS TESTIMONY**

Pursuant to Fed. R. Crim. P. 16 (b) (1) (C), and in response to the government's request for reciprocal disclosure, [Doc. 263 at 2], Satary provides supplementary notice of additional anticipated expert witness testimony.

Specifically, and in addition to the defense experts disclosed, [Doc. 278], Satary provides formal notice that he intends to qualify and introduce testimony from one expert in Medicare exclusion, Thomas E. Herrmann.

This notice summarizes some of the areas about which Herrmann will testify as a fact witnesses but is not intended to be a complete summary of his potential testimony.

**SUPPLEMENTAL NOTICE OF POTENTIAL EXPERT WITNESSES**

**IV.     Federal Health Care program exclusion – Thomas E. Herrmann, Esq.**

Satary intends to call Herrmann to discuss Medicare exclusions and their history. Herrmann will explain how a person can become excluded from Medicare, the notice regulations for such exclusion, and will explain the statutory and regulatory criteria that must be established to exclude a person from the federal Medicare program.

Qualifications – Herrmann currently works as the Managing Senior Consultant for Strategic Management Services, LLC.  Strategic Management Services, LLC is an industry leader

1

in health care regulatory compliance and operations for organizations engaged in Federal Health Care Programs.[1]  Herrmann is an actively licensed attorney with the District of Columbia Bar.[2] Herrmann has previously served as an Administrative Law Judge with the Medicare Appeals Council within the United States Department of Health and Human Services in Washington, D.C. Prior to becoming a DHHS Administrative Law Judge, Herrmann was employed with the Office of Counsel to the Inspector General as Special Counsel for Legal Policy, as the chief attorney in the administrative litigation branch, and as an OIG trial attorney.

A copy of Herrmann's current CV will be produced to the government.

Bases for Testimony – As a result of his extensive experience with Medicare compliance regulations and operations, Herrmann is familiar with the Medicare exclusions, including the statutory and regulatory bases for these exclusions (42 U.S.C. § 1320a-7 & 42 C.F.R. Part 1001).

Summary of anticipated expert testimony – Satary anticipates that Herrmann's expert testimony will cover the following topics and include the following opinions:

- Herrmann will explain the statutory basis and regulatory criteria for Medicare exclusions.

- Herrmann will explain the mandatory and permissive Medicare exclusion categories and what those categories cover.

- Herrmann will explain the history of the Medicare exclusions.

---

[1] Strategic Management has worked with a broad range of health care organizations to design, implement, manage and improve their compliance programs.  Strategic Management Services empowers health care organizations to meet their regulatory compliance requirements by providing specialized services developed by proven industry experts.  HEALTHCARE COMPLIANCE CONSULTANTS, compliance.com (last visited April 2, 2022).

[2] Herrmann was previously licensed with the State Bar of Virginia, but now holds an inactive license in that jurisdiction.  Herrmann graduated from the George Washington University National Law Center in 1976.

- Herrmann will explain and elaborate upon the Office of the Inspector General's May 8, 2013 advisory bulletin on the effect of exclusion from participation in Federal Health Care Programs.

- Herrmann will testify that Satary received no notice that he was excluded from Medicare and did not receive an exclusion letter.

- Herrmann will testify that Satary was not subject to mandatory exclusion from any Federal health care programs.

## **CONCLUSION**

WHEREFORE, defendant Khalid Ahmed Satary gives supplementary notice of his potential expert witnesses and respectfully requests that the testimony of the proposed experts be admitted without the need for any formal *Daubert* hearing. Satary will continue to revise this notice and its witness list as needed and provide prompt notice to the government.

This 14th day of April, 2022.

Respectfully submitted,

*/s/ Scott R. Grubman*
Scott R. Grubman (Ga. Bar #317011)
(admitted pro hac vice)
CHILVIS GRUBMAN DALBEY & WARNER LLP
1834 Independence Square
Atlanta GA 30338
Telephone: (404) 233-4171
sgrubman@cglawfirm.com
*Trial Attorney for Defendant*
*Khalid Ahmed Satary*

 */s/Samuel H. Winston*
SAMUEL H. WINSTON, La. Bar No. 34821
EVAN J. BERGERON, La. Bar No. 33725
JEIGH L. BRITTON, La. Bar No. 39820
Winston Bergeron, LLP
1700 Josephine Street
New Orleans, Louisiana 70113
Telephone: 504-577-2500

Facsimile: 504-577-2562
sam@winstonbergeron.com
evan@winstonbergeron.com
jeigh@winstonbergeron.com
*Local Counsel for Defendant*
*Khalid Ahmed Satary*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2022, a copy of the foregoing pleading was served by electronic means through the Court's CM/ECF system on all counsel of record.

This the 14th day of April, 2022.

*/s/ Scott R. Grubman*
Scott R. Grubman

*/s/ Samuel H. Winston*
SAMUEL H. WINSTON

4