UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-197 |
| KHALID AHMED SATARY | SECTION D (4) |

## AMENDED SCHEDULING ORDER

Before the Court is the parties' Joint Motion to Adjust Certain Pretrial Deadlines (R. Doc. 284). The Motion is **GRANTED AS MODIFIED**. The Court amends the Scheduling Order as follows:

### DISCOVERY

- Informal letter discovery/reciprocal discovery has been conducted in accordance with Rule 16 of the Federal Rules of Criminal Procedure and LCrR12. The parties have been engaging in discovery. A discovery protocol is in place (R. Doc. 148). Reciprocal discovery shall be produced by **July 11, 2022**.

### *BRADY*, JENCKS ACT, AND GIGLIO MATERIALS

- The government is aware of its continuing obligation to produce exculpatory material under *Brady v. Maryland* and *Giglio v. United States* and their progeny and will discharge this obligation. The government will continue to provide any materials that are discoverable under *Brady* and *Giglio*. However, materials or information which might constitute material producible under the Jencks Act and Federal Rule of Criminal Procedure 26.2, will be produced thirty days prior to trial. Since the trial date is presently set for **August 1, 2022**, Jencks materials shall be produced on or before **April 1, 2022.** The

parties may agree to provide materials at an earlier date to facilitate the expeditious presentation of evidence.

## MOTIONS *IN LIMINE*

- Each party may file one motion *in limine* addressing objections to exhibits, which must be filed no later than **July 5, 2022**, with oppositions due by **July 12, 2022**. There shall be no reply briefs. The motions will be deemed submitted on **July 12, 2022,** regardless of any submission date provided by the Clerk of Court upon filing of the motion.

## EXPERT WITNESSES

- Motions to strike experts pursuant to *Daubert* and its progeny shall be due on **May 13, 2022**, and any responses thereto by **May 23, 2022**. Motions to Strike Experts will be deemed submitted on **May 23, 2022** regardless of any submission date issued by the Clerk of Court upon filing of the motion.

## CERTIFICATIONS/STIPULATIONS

- To facilitate judicial economy through a speedy trial and to eliminate unnecessary and time-consuming testimony, where authenticity and technical predicates are not at issue, the United States will submit proposed Rule 901 certifications as well as proposed stipulations relating to the authenticity of its evidence no later than **July 18, 2022**. The certifications will encompass the authenticity and reliability of e-mails, text messages, recordings and business/public records. Stipulations may be related to any matter. The defense will review the proposed certifications and stipulations and propose

any changes with agreement on the final certifications and stipulations to be completed and filed no later than **July 25, 2022**. The United States will likewise act accordingly with any certifications or stipulations proposed by the defense under the same timetable as set out above. The Parties are encouraged to work together towards resolving differences regarding certifications and stipulations.

## EXHIBIT LISTS

- The government's proposed exhibit list along with the exhibits themselves as set out above, is to be submitted to the defense by **June 1, 2022**. Should additional exhibits be identified by the government for use at trial, the government will supplement its exhibit list and provide those exhibits to the defendant immediately.[1] The defense shall provide their exhibit list on or before the close of the government's case. However, the defense shall provide a preliminary list of exhibits along with the exhibits themselves by **July 1, 2022**.[2] Objections to any proposed exhibits shall be filed in accord with the motion *in limine* deadline set forth in this Amended Scheduling Order.

## WITNESS LISTS

- The government shall call witness lists shall be filed no later than **June 1, 2022.** The list will designate whether or not the witness will be providing

---

[1] The Government should be prepared to advise the Court of the basis for the late disclosures of any exhibits.
[2] *See* footnote 2.

3

"character or reputation" testimony. The defense's proposed witness list shall be filed no later than **July 1, 2022**.

## JURY INSTRUCTIONS

- The parties are required to meet and confer to submit Proposed Joint Jury Instructions which shall be submitted to the Court by email at efile-vitter@laed.uscourts.gov no later than **July 7, 2022**. This shall be filed jointly. Reference to specific Fifth Circuit Pattern Instructions is appropriate; the content of Pattern Instructions need not and should not be included. Objections to any jury instruction should be noted by footnote, noting the specific objection.

## PRETRIAL CONFERENCE AND TRIAL

- The pretrial conference is set for **July 7, 2022 at 9:00 a.m.**
- Trial in this matter shall commence on **August 1, 2022 at 9:00 a.m.**

## MODIFICATIONS TO SCHEDULING ORDER

- All deadlines remain the same unless modified by the Court for good cause shown. Should the trial date be moved for any reason, the Court will hold a status conference for the purpose of rescheduling any deadlines that have not already passed. Deadlines are not automatically extended.

New Orleans, Louisiana, May 5, 2022.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**