UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | Criminal No. 2:19-CR-00197 |
| v. ) | |
| ) | Section "D" |
| ) | Judge Wendy B. Vitter |
| KHALID AHMED SATARY, ) | |
| ) | Magistrate (4) |
| Defendant. ) | Magistrate Judge Roby |

### UNOPPOSED JOINT MOTION FOR LEAVE FILE A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THE MOTIONS TO SUPPRESS AND FOR RETURN OF PROPERTY

NOW INTO COURT, through undersigned counsel, comes Defendant Khalid Satary and Third-Parties Alpha Medical Consulting, Inc., Clio Laboratories, LLC, Elite Medical Laboratories, Inc., Performance Laboratories LLC, Lazarus Services, LLC, and GNOS Medical Inc., d/b/a Laboratory Experts (the "Labs") who respectfully move the Court for an order granting them leave to file a supplemental memorandum of law in support of their Motion to Suppress (Doc. 199) and Motion to Return Property (Doc. 201).

The Government has recently admitted that it has taken, and now possesses, documents from Mr. Satary and the Labs that were outside the scope of the search warrants. This proposed supplemental memorandum of law brings these statements to the Court's attention.

The prosecution team has indicated that it does not oppose the filing of this motion.

1

WHEREFORE, Mr. Satary and the Labs respectfully requests leave to file a supplemental memorandum of law in support of their Motion to Suppress and Motion to Return Property.

        Respectfully submitted,

/s/ Richard W. Westling
Richard W. Westling (#20027)
Epstein, Becker & Green, PC
1227 25th Street, NW, Suite 700
Washington, DC 20037
Tel: 202-861-1868
Fax: 202-861-3504
rwestling@egblaw.com
*Local Counsel for Alpha Medical Consulting, Inc., Clio Laboratories, LLC, Elite Medical Laboratories, Inc., Performance Laboratories LLC, Lazarus Services, LLC, and GNOS Medical Inc.*

/s/ Melissa L. Jampol
Melissa L. Jampol
Jeffrey P. Mongiello
Epstein, Becker & Green, PC
875 Third Avenue
New York, NY 10022
Tel: 212-351-4500
mjampol@ebglaw.com
*Counsel for Third Parties Alpha Medical Consulting, Inc., Clio Laboratories, LLC, Elite Medical Laboratories, Inc., Performance Laboratories LLC, Lazarus Services, LLC, and GNOS Medical Inc.*

/s/ Scott R. Grubman
Scott R. Grubman
Ga. Bar No. 317011
Chilivis Grubman Dalbey & Warner LLP
1834 Independence Square
Atlanta GA 30338
Telephone: (404) 233-4171
sgrubman@cglawfirm.com
*Trial Attorney for Defendant Khalid Ahmed Satary*

                    <u>/s/Samuel H. Winston</u>
                    Samuel H. Winston (#34821)
                    Evan J. Bergeron (#33725)
                    Jeigh L. Britton (#39820)
                    Winston Bergeron, LLP
                    1700 Josephine Street
                    New Orleans, Louisiana 70113
                    Telephone: 504-577-2500
                    Facsimile: 504-577-2562
                    sam@winstonbergeron.com
                    evan@winstonbergeron.com
                    jeigh@winstonbergeron.com
                    *Local Counsel for Defendant*
                    *Khalid Ahmed Satary*

Dated: May 6, 2022

## **CERTIFICATE OF SERVICE**

I certify that on May 6, 2022, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send a copy of the pleading to all parties via email.

/s/ *Richard W. Westling*