UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Criminal No. 2:19-CR-00197 |
| v. | ) | |
| | ) | Section "D" |
| | ) | Judge Wendy B. Vitter |
| KHALID AHMED SATARY, | ) | |
| | ) | Magistrate (4) |
| Defendant. | ) | Magistrate Judge Roby |

## ORDER

Considering the foregoing Unopposed Joint Motion for Leave to File a Supplemental Memorandum in support of the Motion to Suppress (Doc. 199) and Motion for the Return of Property (Doc. 201) and for good cause shown;

**IT IS ORDERED** that the request is hereby granted, and Defendant Khalid Satary and Alpha Medical Consulting, Inc., Clio Laboratories, LLC, Elite Medical Laboratories, Inc., Performance Laboratories LLC, Lazarus Services, LLC, and GNOS Medical Inc., d/b/a Laboratory Experts (the "Labs") are granted leave to file a supplemental memorandum in support of their Motion to Suppress and Motion for the Return of Property.

New Orleans, Louisiana, this ___ day of _____, 2022

_____
HON. WENDY B. VITTER
UNITED STATES DISTRICT JUDGE