UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | Criminal No. 2:19-CR-00197 |
| v. ) | |
| ) | Section "D" |
| ) | Judge Wendy B. Vitter |
| **KHALID AHMED SATARY,** ) | |
| ) | Magistrate (4) |
| Defendant. ) | Magistrate Judge Roby |

**UNITED STATES' OMNIBUS MOTION TO LIMIT OR EXCLUDE
DEFENDANT'S PROPOSED EXPERT TESTIMONY**

**NOW INTO COURT** comes the United States of America, appearing through the undersigned Trial Attorneys, and respectfully submits this Omnibus Motion to Limit or Exclude Defendant's Proposed Expert Testimony.  The Defendant, Khalid Ahmed Satary ("Satary" or the Defendant) has given notice of his intent to introduce the following expert witness testimony at trial: (1) Dr. Paul Roepe, Ph.D. ("Dr. Roepe") to testify about the nature and function of cancer genetic ("CGx") testing; (2) Dr. Oren J. Mechanic, MD, MPH ("Dr. Mechanic") to testify about telemedicine, telehealth, and the integration of these concepts into the modern administration of health care; (3) Dr. Brian Kelly, Ph.D., DABCC, FAACC ("Dr. Kelly") to testify concerning the Satary laboratory operations, compliance with Medicare regulations generally, and the specific laboratory interactions with Medicare in this case; and (4) Thomas E. Herrmann, Esq. ("Mr. Herrmann") to testify about Medicare exclusions and their history and the lack of a Medicare exclusion of Satary's laboratories.  [Doc. Nos. 278 and 288.]  For the reasons set forth in the attached Memorandum in Support, the testimony of Drs. Roepe, Mechanic, and Kelly should be limited, and the testimony of Mr. Herrmann should be excluded.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY
EASTERN DISTRICT OF LOUISIANA

JOSEPH S. BEEMSTERBOER
ACTING CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

By:   /s/ *Justin M. Woodard*
      JUSTIN M. WOODARD
      ALEXANDER THOR POGOZELSKI
      MICHAEL CULHANE HARPER
      United States Department of Justice
      Criminal Division, Fraud Section
      1400 New York Avenue, NW
      Washington, DC 20530
      Tel: (202) 262-7868
      E-Mail: Justin.Woodard@usdoj.gov

## CERTIFICATE OF COMPLIANCE WITH LOCAL CRIMINAL RULE 12

Pursuant to Local Criminal Rule 12, the Government conferred with counsel for Defendant, who advised that they oppose this motion.

## CERTIFICATE OF SERVICE

I, Justin M. Woodard, hereby certify that on May 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

      */s/ Justin M. Woodard*
      Justin M. Woodard
      Trial Attorney