# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | Criminal No. 2:19-CR-00197 |
| v. | ) | |
| | ) | Section "D" |
| | ) | Judge Wendy B. Vitter |
| **KHALID AHMED SATARY,** | ) | |
| | ) | Magistrate (4) |
| Defendant. | ) | Magistrate Judge Roby |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Omnibus Motion to Limit or Exclude Defendant's Proposed Expert Testimony is hereby set for hearing before District Judge Wendy B. Vitter on May 23, 2022.

                    By:  /s/ *Justin M. Woodard*
                           JUSTIN M. WOODARD
                           ALEXANDER THOR POGOZELSKI
                           MICHAEL CULHANE HARPER
                           United States Department of Justice
                           Criminal Division, Fraud Section
                           1400 New York Avenue, NW
                           Washington, DC 20530
                           Tel: (202) 262-7868
                           E-Mail: Justin.Woodard@usdoj.gov

## CERTIFICATE OF SERVICE

I, Justin M. Woodard, hereby certify that on May 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                           */s/ Justin M. Woodard*
                           Justin M. Woodard
                           Trial Attorney