**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  2:19-cr-00197** |
| **v.** | * | |
| | | **SECTION: "D" (4)** |
| **KHALID AHMED SATARY** | * | |

\*　　\*　　\*

**UNITED STATES' MOTION FOR LEAVE TO FILE RESPONSE TO**
**DEFENDANT AND LABS' SUPPLEMENTAL MEMORANDUM**

The United States of America, by and through undersigned counsel, hereby moves this

Honorable Court for leave to file the attached Response to the Defendant and Third-Party Labs'

Supplemental Memorandum regarding the Defendant's Motion to Suppress and the Labs' motion

for the return of property.  Counsel for the Defendant and counsel for the Labs do not object to the

government's motion for leave to file a response to their supplemental memorandum.

Dated:  May 31, 2022　　　　　　　Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY
EASTERN DISTRICT OF LOUISIANA

JOSEPH S. BEEMSTERBOER
ACTING CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

*/s/Alexander Thor Pogozelski*
ALEXANDER THOR POGOZELSKI
JUSTIN M. WOODARD
MICHAEL CULHANE HARPER
U.S. Department of Justice
Criminal Division, Fraud Section
Tel: (202) 510-2208 (Pogozelski)
Tel: (202) 262-7868 (Woodard)
Tel: (202) 445-9850 (Harper)
Email: Alexander.Pogozelski@usdoj.gov
Email: Justin.Woodard@usdoj.gov

2

Email: Michael.Harper@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all known counsel of record.

 */s/ Alexander Thor Pogozelski*
Alexander Thor Pogozelski
United States Department of Justice