UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 2:19-cr-00197** |
| **v.** | * | |
| | | **SECTION: "D" (4)** |
| **KHALID AHMED SATARY** | * | |

\* \* \*

## ORDER

Considering the foregoing Motion for Leave to File a Response to the Defendant and Third-Party Labs' Supplemental Memorandum Regarding the Defendant's Motion to Suppress and Third-Party Labs' Motion for Return of Property;

IT IS ORDERED that the United States be permitted to file the response as proposed.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
THE HONORABLE WENDY VITTER
U.S. DISTRICT COURT JUDGE