# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 19-197** |
| **KHALID AHMED SATARY** | **SECTION D (4)** |

## ORDER

Considering the Government's Motion for Leave to File Response to Defendant and Labs' Supplemental Memorandum (R. Doc. 301);

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The Clerk's Office is directed to file the Government's Response to Defendant and Labs' Supplemental Memorandum (R. Doc. 301-2) and its exhibits (R. Doc. 301-3, R. Doc. 301-4, and R. Doc. 301-5) into the record.

New Orleans, Louisiana, June 1, 2022.

**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**