UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Criminal No. 2:19-CR-00197 |
| v. | ) | |
| | ) | Section "D" |
| | ) | Judge Wendy B. Vitter |
| KHALID AHMED SATARY, | ) | |
| | ) | Magistrate (4) |
| Defendant. | ) | Magistrate Judge Roby |

## GOVERNMENT'S WITNESS LIST

The United States of America, by and through undersigned counsel, identifies the following individuals that it may call as witnesses during the government's case-in-chief:

John Agbi, M.D.
Mark Allen
Dean Baker
William Baus
Tarah Bergeron
Gabriel Bien-Willner, M.D., Ph.D
Wanda Blackmon
Lula Boykin
Rhett Bunce
J. Foster Chapman, M.D.
Ashley Cowan
James Crabb, M.D.
Vivian Davis
Joseph Dauch
Sean Deegan
James Egan
Matthew Ellis, M.D.
Rick Epstein
Carol Gagne
Raynold Gagne
Emmanuel Garrett
Donna Gill, M.D.

Matthew Harringon
Brett Hirsch
Dixie Kidd, M.D.
Anthony Magliocco, M.D.
Nancy McCuller
Laurie McMillan
Michael Molz
Shareef Nahas
Vinit Patel, M.D.
Michael Petron
Clifford Powell
Joseph Ricciardi
Vernon Sanders
Jamie Simmons
William Siveter
Dino Soriano, M.D.
Jeffrey Tamulski
Glenda Thurston
Elijuah Watson
FBI Special Agent Marcus Williams
HHS-OIG Special Agent Tony Senat

Dated:  June 1, 2022						Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY
EASTERN DISTRICT OF LOUISIANA

JOSEPH S. BEEMSTERBOER
ACTING CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

/s/ *Alexander Thor Pogozelski*
ALEXANDER THOR POGOZELSKI
MICHAEL CULHANE HARPER
Trial Attorneys
JUSTIN WOODARD
Assistant Chief
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005
(202) 510-2208 (Pogozelski)
(202) 262-7868 (Woodard)
(202) 445-9850 (Harper)
Alexander.Pogozelski@usdoj.gov
Justin.Woodard@usdoj.gov
Michael.Harper@usdoj.gov
*Counsel for the United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all known counsel of record.

/s/ Alexander Thor Pogozelski
United States Department of Justice
Trial Attorney