UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | Criminal No. 2:19-CR-00197 |
| v. | ) | |
| | ) | Section "D" |
| | ) | Judge Wendy B. Vitter |
| **KHALID AHMED SATARY,** | ) | |
| | ) | Magistrate (4) |
| Defendant. | ) | Magistrate Judge Roby |

**UNITED STATES' MOTION TO COMPEL TIMELY DISCLOSURE OF,
AND DISCOVERY REGARDING, ANY ADVICE OF COUNSEL DEFENSE**

**NOW INTO COURT**, comes the United States of America, through undersigned counsel, who respectfully submits this Motion to Compel Timely Disclosure of, and Discovery Regarding, Any Advice of Counsel Defense.  For the reasons set forth in the attached memorandum, this Honorable Court should compel defendant Khalid Ahmed Satary ("Defendant") to timely provide discovery regarding any defense of reliance on advice of counsel, or any good faith defense based on advice of counsel.  If such a defense were raised for the first time in the middle of trial, this Court would be forced to make immediate findings concerning the scope of the purported defense and the corresponding waiver of attorney-client privilege, and the government would likely have no meaningful opportunity to access the documents that previously had been protected by the attorney-client privilege without causing delay and an interruption in the proceedings.  To avoid unnecessary surprise for the Court and counsel during trial, and to promote an efficient presentation of the evidence, the United States requests that this Court order Defendant to produce discovery related to any advice of counsel defense, or any good faith defense premised on advice of counsel, or alternatively disclaim any intent to rely on those defenses, no later than Defendant's reciprocal discovery deadline of July 11, 2022.

>                   Respectfully submitted,
>
>                   DUANE A. EVANS
>                   UNITED STATES ATTORNEY
>                   EASTERN DISTRICT OF LOUISIANA
>
>                   JOSEPH S. BEEMSTERBOER
>                   ACTING CHIEF
>                   U.S. DEPARTMENT OF JUSTICE
>                   CRIMINAL DIVISION, FRAUD SECTION
>
> By:   /s/ *Justin M. Woodard*
>       JUSTIN M. WOODARD
>       ALEXANDER THOR POGOZELSKI
>       MICHAEL CULHANE HARPER
>       Trial Attorneys
>       United States Department of Justice
>       Criminal Division, Fraud Section
>       1400 New York Avenue, NW
>       Washington, DC 20530
>       Tel: (202) 262-7868
>       E-Mail: Justin.Woodard@usdoj.gov

**CERTIFICATE OF COMPLIANCE WITH LOCAL CRIMINAL RULE 12**

Pursuant to Local Criminal Rule 12, the Government conferred with counsel for Defendant, who advised that they oppose this motion.

**CERTIFICATE OF SERVICE**

I, Justin M. Woodard, hereby certify that on June 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

>                   */s/ Justin M. Woodard*
>                   Justin M. Woodard
>                   Trial Attorney