UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Criminal No. 2:19-CR-00197 |
| v. | ) | |
| | ) | Section "D" |
| | ) | Judge Wendy B. Vitter |
| KHALID AHMED SATARY, | ) | |
| | ) | Magistrate (4) |
| Defendant. | ) | Magistrate Judge Roby |

### ORDER

Considering the United States' Motion to Compel Timely Disclosure of, and Discovery Regarding, Any Advice of Counsel Defense,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and Defendant shall notify the United States of his intention to invoke an advice of counsel defense at trial and produce relevant discovery by July 11, 2022.

_____
HONORABLE WENDY B. VITTER
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA