UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Criminal No. 2:19-CR-00197 |
| v. | ) | |
| | ) | Section "D" |
| | ) | Judge Wendy B. Vitter |
| KHALID AHMED SATARY, | ) | |
| | ) | Magistrate (4) |
| Defendant. | ) | Magistrate Judge Roby |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Motion to Compel Timely Disclosure of, and Discovery Regarding, Any Advice of Counsel Defense, is hereby set for hearing before District Judge Wendy B. Vitter on June 28, 2022.

By: /s/ *Justin M. Woodard*
JUSTIN M. WOODARD
ALEXANDER THOR POGOZELSKI
MICHAEL CULHANE HARPER
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20530
Tel: (202) 262-7868
E-Mail: Justin.Woodard@usdoj.gov

## CERTIFICATE OF SERVICE

I, Justin M. Woodard, hereby certify that on June 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Justin M. Woodard*
Justin M. Woodard
Trial Attorney