UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 19-197 |
| KHALID AHMED SATARY | SECTION: "D" |
| | VIOLATION: 18:1349, 18:1347, 18:2, 18:371, and 18:1956(h) |

## NOTICE OF TRIAL AND PRETRIAL CONFERENCE
(previously set on 8/1/22)

Take notice that this criminal case has been reset for **TRIAL** on **JANUARY 17, 2023 at 9:00 a.m.** before Judge Wendy B. Vitter, 500 Poydras Street, Courtroom C-352, New Orleans, LA 70130.  **A FINAL PRETRIAL CONFERENCE** will be held on **DECEMBER 1**, **2022, at 11:00 a.m.**

IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.

Date:  June 27, 2022

TO: KHALID SATARY- **(BOND)**
**Counsel for Defendant-**
Scott R. Grubman, Esquire-
sgrubman@cglawfirm.com
Amanda Clark-Palmer, Esquire-
aclark@gsllaw.com
Evan Bergeron, Esquire-
evan@winstonbergeron.com
Matthew Winchester, Esquire-
k.winchestercb@gmail.com
Samuel Winston, Esquire-
sam@winstonbergeron.com
Jeigh Britton, Esquire-
jeigh@winstonbergeron.com

CAROL L. MICHEL, CLERK
by:  Melissa Verdun, Deputy Clerk

AUSA: Justin Woodard, Alexander Pogozelski, Jerrob Duffy, John Kosmidis, Kathryn Furtado, Leslie Garthwaite, Michael Harper and Steven Michaels

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

Interpreter: NONE

**FBI- SA Ronald Rushneck**

**If you change address,
notify clerk of court
by phone, 504-589-7708**