UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO:   19-197 |
| KHALID AHMED SATARY, | SECTION: "D" (4) |

### ORDER

IT IS ORDERED that Defendant's **MOTION to Compel Timely Disclosure of, and Discovery Regarding, Any Advice of Counsel Defense (R. Doc. 307)** shall be heard **by oral argument** on **August 10, 2022 at 11:00 a.m.** in the undersigned United States Magistrate Judge's Courtroom located at 500 Poydras Street, Room B-431, New Orleans, Louisiana.

New Orleans, Louisiana, this 13th day of July 2022.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**