## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff, | : <br> : <br> : | Criminal No. 2:19-cr-00197 <br><br> Section "D" |
| vs. | : <br> : | Judge Wendy B. Vitter |
| KHALID AHMED SATARY,<br>    Defendant. | : <br> : | Magistrate (4) <br> Magistrate Judge Roby |

### ORDER

Considering the foregoing *Motion for Expedited Consideration* filed by the Defendant Khalid Ahmed Satary*;*

**IT IS HEREBY ORDERED** that the Motion for Expedited Consideration filed by Mr. Satary is **GRANTED**.

**IT IS FURTHER ORDERED** that the *Motion for Leave to File Response to Government's Motion for Early Disclosure of Advice of Counsel Defense and Associated Discovery* is Granted.

**IT IS FURTHER ORDERED THAT** the defendant is required to file a response to the government's motion no later than July 27, 2022.

_____
KAREN WELLS-ROBY
MAGISTRATE JUDGE
UNITED STATES EASTERN DISTRICT