MINUTE ENTRY
ROBY, M.J.
August 10, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO:   19-cr-00197 |
| KAHLID AHMED SATARY | SECTION: "D" (4) |

LAW CLERK:                          Jayde Encalade
COURT REPORTER/RECORDER:            Nichelle Wheeler

Appearances:     **Justin M Woodard** for United States of America
                 **Jeigh Lynn Britton and Matthew Kyle Winchester** for Defendant.

## MINUTE ENTRY AND ORDER

Before the Court is the Government's **Motion to Compel Timely Disclosure of, and Discovery Regarding, Any Advice of Counsel Defense (R. Doc. 307)**. The Court heard argument from Counsel on the motion. After considering the case law presented by both parties and their arguments, the Court finds that the subject motion is DENIED. The court assigned reasons on the record supporting its ruling.

**IT HEREBY IS ORDERED** that the motion is **DENIED**

New Orleans, Louisiana, this 10th day of August 2022

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR: 00:24