UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-197 |
| KHALID AHMED SATARY | SECTION: D (4) |

**THIRD AMENDED SCHEDULING ORDER**

The Court amends the Second Amended Scheduling Order (R. Doc. 314) as follows:

**MOTIONS *IN LIMINE***

Each party may file one motion *in limine* addressing objections to exhibits, which must be filed no later than **January 6, 2023**, with oppositions due by **January 13, 2023**. There shall be no reply briefs. The motions will be deemed submitted on **January 13, 2023,** regardless of any submission date provided by the Clerk of Court upon filing of the motion.

All other dates in the Second Amended Scheduling Order (R. Doc. 314) remain in effect.

New Orleans, Louisiana, November 9, 2022.

*[signature]*
**WENDY B. VITTER**
**United States District Judge**