UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-197 |
| v. | * | SECTION: "D" (4) |
| KHALID AHMED SATARY | * | |

\* \* \*

## GOVERNMENT'S REQUEST FOR SUBPOENAS

Please issue signed subpoenas as noted below, pursuant to Rule 17 (a) of the Federal Rules of Criminal Procedure. I hereby certify that the number of subpoenas requested is in accordance with the Federal Rules of Criminal Procedure.

### SUBPOENAS TO TESTIFY AT TRIAL

<u>50</u> sets for trial scheduled on <u>January 17, 2023</u>.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

GLENN S. LEON
CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

/s/ *Justin M. Woodard*
JUSTIN M. WOODARD
Assistant Chief
United States Department of Justice
Criminal Division, Fraud Section
650 Poydras Street, Suite 1600
New Orleans, LA 70130
(202) 262-7868
Justin.Woodard@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to ECF-registered counsel of record.

      */s/ Justin M. Woodard*
JUSTIN M. WOODARD
Assistant Chief
United States Department of Justice
Criminal Division, Fraud Section