# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-197 |
| KHALID AHMED SATARY | SECTION: D (4) |

## ORDER

Before the Court is a Motion for Continuance of the Trial Date (R. Doc. 329) filed by the Defendant, Khalid Satary. The Government opposes the Motion (R. Doc. 331). Counsel for Satary avers that she has a scheduling conflict with a separate trial in the Northern District of Georgia where she is sole counsel for the defendant and that her presence in this matter is necessary to effectively represent Satary.[1] The Government responds that it opposes the Motion because of the potential difficultly in selecting a "new trial date free of conflicts for the Court and the prosecution and defense teams."[2] The Government also contends that the denial of a continuance would not amount to a Sixth Amendment violation given that Satary is represented by other able counsel who have had ample time to prepare his defense.[3] The Court finds that a continuance is warranted in this matter due to defense counsel's scheduling conflict and therefore **GRANTS** the Motion.

Accordingly,

**THE COURT SPECIFICALLY FINDS**, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), that the ends of justice served by granting the requested

---

[1] R. Doc. 329 at pp. 3–4.
[2] R. Doc. 331 at p. 2.
[3] *Id.*

continuance outweigh the best interest of the public and the defendant in a speedy trial.

**THE COURT FURTHER SPECIFICALLY FINDS**, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(i), that failure to grant the requested continuance in this case could result in a miscarriage of justice.

**THE COURT FURTHER SPECIFICALLY FINDS**, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv), that the failure to grant such a continuance would deny the parties "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

Having determined good cause exists, **IT IS HEREBY ORDERED** that Defendant Khalid Satary's Motion for Continuance of the Trial Date (R. Doc. 329) is **GRANTED**.

**IT IS FURTHER ORDERED** that the pretrial conference scheduled for **December 1, 2022 at 11:00 a.m. (CST)** is converted to a telephone status conference.

**IT IS FURTHER ORDERED** that the pretrial conference and trial in this matter are **CONTINUED** with a new date to be selected during the December 1, 2022 telephone status conference.

New Orleans, Louisiana, November 28, 2022.

*(signature)*
**WENDY B. VITTER**
**United States District Judge**