CLOSED

# U.S. District Court
# Eastern District of Virginia – (Alexandria)
# CRIMINAL DOCKET FOR CASE #: <u>1:26–mj–00274–IDD–1</u>

Case title: USA v. Satary

Date Filed: 07/21/2026

Other court case number:  2:19:CR–197 Eastern District of
Louisiana

---

Assigned to: Magistrate Judge Ivan D. Davis

**Defendant (1)**

**Khalid Ahmed Satary**

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

**Plaintiff**

| **USA** | represented by | **Robert McManigal** |
| --- | --- | --- |
| | | DOJ–USAO |
| | | Eastern District of Virginia |
| | | 21 Jamieson Avenue |
| | | Alexandria, VA 22182 |
| | | 703–299–3723 |
| | | Email: robert.mcmanigal@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: US Attorney* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2026 | | Arrest (Rule 32) of Khalid Ahmed Satary (lgue, ) (Entered: 07/21/2026) |
| 07/21/2026 | 1 | Arrest Warrant Returned Executed on 7/21/2026 in case as to Khalid Ahmed Satary. (lgue, ) (Entered: 07/21/2026) |
| 07/21/2026 | 2 | Minute Entry for proceedings held before Magistrate Judge Ivan D. Davis:Initial Appearance in Rule 5(c)(3) Proceedings as to Khalid Ahmed Satary held on 7/21/2026. US appeared through: Robert McManigal. Deft appeared without counsel. Duty AFPD: Sean Mitchell present. Deft informed of rights, charges, and penalties. Deft waives identity hearing. Gov't seeks detention. Deft requests DH in the charging district. Deft remanded to the custody of the USMS for transport to the District of Louisiana. (Tape #FTR.)(lgue, ) (Entered: 07/21/2026) |
| 07/21/2026 | 3 | WAIVER of Rule 5 Hearings by Khalid Ahmed Satary (lgue, ) (Entered: 07/21/2026) |
| 07/21/2026 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Khalid Ahmed Satary. Defendant committed to the custody of the USMS for transport to the Eastern District of Louisiana. Signed by Magistrate Judge Ivan D. Davis on 7/21/2026. (lgue, ) (Entered: 07/21/2026) |

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Magistrate Judge Ivan D. Davis (christina_marquez@vaed.uscourts.gov,
idd_chambers@vaed.uscourts.gov, ivan_d_davis@vaed.uscourts.gov,
sheena_patel@vaed.uscourts.gov, tomara_dorsey@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:13448540@vaed.uscourts.gov
Subject:Activity in Case 1:26-mj-00274-IDDVAED USA v. Satary Arrest - Rule 32
```
Content–Type: text/html

### U.S. District Court

### Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 7/21/2026 at 9:31 AM EDT and filed on 7/21/2026

| | |
|---|---|
| **Case Name:** | USA v. Satary |
| **Case Number:** | 1:26–mj–00274–IDD |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest (Rule 32) of Khalid Ahmed Satary (lgue, )**

**1:26–mj–00274–IDD–1 Notice has been electronically mailed to:**

**1:26–mj–00274–IDD–1 Notice has been delivered by other means to:**

TYPE OF HEARING:  R5(R40)

CASE NUMBER:  1:26-MJ-274

MAGISTRATE JUDGE: Ivan D. Davis

DATE: 7/21/2026

TIME: 2:05 – 2:13  p.m.

RECORDING: FTR

DEPUTY CLERK: Laura Guerra

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Khalid Ahmed Satary

**GOVT. ATTY:**   Robert McManigal

**DEFT'S ATTY:**     w/o counsel

**AFPD DUTY:**  Sean Mitchell

**INTERPRETER:**

Deft informed of rights, charges, and penalties  ( x )
Deft informed of rights and penalties ( )
Court to appoint counsel ( )   FPD ( ) CJA ( ) Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny ( )

**BOND:**

Deft waives identity hearing. Gov't seeks detention. Deft requests DH in the charging district.

Deft remanded to the custody of the USMS for transport to the District of Louisiana.

**NEXT COURT APPEARANCE:**

**TIME:**

**JUDGE:**

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:26-MJ-274/97 |
| | ) | |
| Khalid Ahmed Satary | ) | Charging District's Case No. 2:19cr-197 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Eastern District of Louisiana

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☒     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 7/21/2026

_____
*Defendant's signature*

Sean C. Mitchell on behalf of Scott Grubman
*Signature of defendant's attorney*

Sean C. Mitchell on behalf of Scott Grubman
*Printed name of defendant's attorney*