**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  19-197** |
| **v.** | * | **SECTION: "D" (4)** |
| **KHALID AHMED SATARY** | * | |

\*    \*    \*

## MOTION TO ENROLL ADDITIONAL COUNSEL

**NOW INTO COURT** comes the United States of America, appearing herein through undersigned Trial Attorney, and respectfully requests that Andrew Tamayo, Trial Attorney with the United States Department of Justice, be enrolled as counsel in the above-captioned matter.

Respectfully submitted,

DAVID I. COURCELLE
UNITED STATES ATTORNEY

*/s/Justin M. Woodard*
JUSTIN M. WOODARD
Assistant Chief
United States Department of Justice
Criminal Division, Fraud Section
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (202) 262-7868
E-mail: Justin.Woodard@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 22, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

*/s/Justin M. Woodard*
JUSTIN M. WOODARD
Assistant Chief