UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

KHALID SATARY

CR.NO. 19-197 D

**ORDER**

____

X Appointing Counsel

Substituting Counsel For: ____________________

____ Ratifying Prior Service

____ Extending Appointment For Appeal

CHARGE: CONSPIRACY TO COMMIT HEALTH CARE FRAUD AND WIRE FRAUD, HEALTH CARE FRAUD, CONSPIRACY TO DEFRAUD THE UNITED STATES AND TO PAY AND RECEIVE ILLEGAL HEALTH CARE KICKBACKS AND BRIBES

X FELONY ____ MISDEMEANOR

X The defendant, having satisfied this Court that he/she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by order of the District Court:

**CLAUDE KELLY, FEDERAL PUBLIC DEFENDER, HALE BOGGS FEDERAL BLDG., RM 318, 500 CAMP ST, NEW ORLEANS, LA 70130 PHONE: (504)589-7930**

____ Federal Public Defender is appointed for the limited purpose of:

____ It appearing to the Court that although the defendant is financially unable to employ counsel, he/she is totally indigent.

____ IT IS FURTHER ORDERED that the defendant pay to the Clerk, U. S. District Court for services of counsel, the total amount of $__________ to be paid within 10 working days or by ________________.

____ IT IS FURTHER ORDERED that the defendant is to pay to the Clerk, U.S. District Court, for services of counsel, $ _________ per month. This amount is to be paid, beginning on ________, 20___, until further orders of the Court.

Dated at New Orleans, Louisiana, on JULY 29, 2026

______________________________
UNITED STATES MAGISTRATE JUDGE

Copy to Financial Unit Clerk (*Only if defendant is ordered to pay*)