**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 19-cr-197** |
| **VERSUS** | * | **DISTRICT JUDGE WENDY B. VITTER** |
| **KHALID AHMED SATARY** | * | **MAGISTRATE JUDGE MICHAEL B. NORTH** |

**MOTION TO WITHDRAW AS COUNSEL RECORD**

NOW INTO COURT, comes Samuel H. Winston and Jeigh L. Britton-Foil, who are currently enrolled as local co-counsel for Mr. Satary. Undersigned counsel respectfully request that they be granted permission to withdraw as counsel for Mr. Satary in this matter.

Mr. Satary has sufficient representation via his lead counsel, Scott Grubman, and local counsel Evan J. Bergeron to adequately represent him before this Honorable Court. As such, undersigned counsel moves to be withdrawn from this case.

WHEREFORE, undersigned counsel respectfully requests that they be permitted to withdraw from this case.

Respectfully Submitted,

/s/ *Samuel H. Winston*

SAMUEL H. WINSTON, LA Bar #34821
JEIGH BRITTON-FOIL, LA Bar #39820
Winston Bergeron, LLP
8120 Oak Street
New Orleans, LA 70118
Telephone: 504-577-2500
Email: sam@winstonbergeron.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2026, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ *Samuel H. Winston*
SAMUEL H. WINSTON, La. Bar No. 34821